**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff ) | |
| vs. ) | CAUSE NO: 4:18-CR-13-TWP-VTW |
| ) | |
| WAYNE JOHN KOMSI, III ) | *__Electronically Filed__* |
|         Defendant ) | |
| ) | |

**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE**
**AND TRIAL DATES**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

    Comes the Defendant, WAYNE JOHN KOMSI, III, by his appointed counsel, and the United States, by Lindsay E. Karwoski, and move this Court to continue the final pretrial conference and trial dates scheduled in the above-styled action.  As grounds, the parties state as follows:

    1.  That the above-named Defendant stands indicted on four counts of making False Statement During Purchase of a Firearm, as proscribed by 18 U.S.C. Section 922(a)(6).

    2.  The Defendant was released from custody following his Initial Appearance in this court on June 18, 2018.  Mr. Komsi had been compliant with all of the conditions of his release.

    3.  The undersigned submit that a postponement of the currently scheduled pretrial conference and trial dates are necessary so that undersigned counsel have sufficient time to research the applicable provisions of the United States Sentencing Guidelines, as they pertain to the offense conduct alleged in Mr. Komsi's case.  Negotiations between the parties are expected to last beyond the pretrial filing deadlines set by this Court [DN 25 and 29].

4.  Therefore, the Defendant, WAYNE JOHN KOMSI, III, waives his right to proceed to trial pursuant to 18 U.S.C. Section 3161(h), since proceeding to trial on the currently scheduled date would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. Section 3161 (h)(B)(iv).

Respectfully submitted,

s/LARRY D. SIMON
LARRY D. SIMON
Attorney for Defendant WAYNE JOHN KOMSI, III
239 South 5th Street, Suite 1700
Louisville, Kentucky 40202
502-589-4566

/s/ *Lindsay E. Karwoski*
Lindsay Karwoski
Assistant United States Attorney
Drug and Violent Crime Unit
United States Attorney's Office-Southern District of Indiana
10 W. Market Street Suite 2100
Indianapolis, Indiana 46204

## CERTIFICATION

It is hereby certified that on February 2, 2019, a copy of the foregoing Motion to Continue was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff ) | |
|    vs. ) | CAUSE NO: 4:18-CR-13-TWP-VTW |
| ) | |
| WAYNE JOHN KOMSI, III ) | *Electronically Filed* |
|         Defendant ) | |
| ) | |

**ORDER ON JOINT MOTION FOR CONTINUANCE**

This matter is before the Court on the joint motion for a continuance of the final pretrial conference and the trial dates. The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the March 11, 2019 trial date and the February 20, 2019, pretrial conference dates are VACATED. This action is RESCHEDULED for a final pretrial conference on _____ in Indianapolis and trial by jury on _____, 2019, at 9:00 A.M. in Room 200, United States Courthouse, New Albany, Indiana.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the March 11, 2019, trial date and the _____, 2019, trial date is excludable under 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution: Counsel of Record