UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:18-CR-00013-TWP-VTW |
| ) | |
| WAYNE JOHN KOMSI, III, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

### Introduction

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Lindsay Karwoski, Assistant United States Attorney, and hereby submits to the Court and the defense the following exhibit list for the Government's case-in-chief:

| Exhibit Number | DOCUMENTARY EVIDENCE |
|---|---|
| 1 | Firearms Transaction Record dated March 6, 2018 |
| 2 | Firearms Transaction Record dated March 20, 2018 |
| 3 | Firearms Transaction Record dated April 3, 2018 |
| 4 | Firearms Transaction Record dated May 26, 2018 |
| 5 | Certified BMV photos of Wayne John Komsi |
| 6 | Stipulation regarding Komsi's pending Jennings Couty case and Veteran's Treatment Court |
| 7 | Certified Plea Agreement cause number 40C01-1701-F6-000020 |
| 8 | Certified transcript of plea hearing cause number 40C01-1701-F6-000020 |

| | |
|---|---|
| 9 | Certified Veteran's Treatment Court Participant Agreement cause number 40C01-1701-F6-000020 and 03D01-1708-MC-4846 |
| 10 | Certified transcript of Veteran's Treatment Court Participant Agreement hearing |
| 11 | Mensendiek's Auction receipt |
| | **PHOTOGRAPHS** |
| 12 | Ruger .22 caliber rifle |
| 13 | Remington 20 gauge shotgun |
| 14 | Remington 30.06 rifle |
| 15 | Clerke Technicorp .32 caliber revolver |
| 16 | Beretta .25 caliber semi-automatic handgun |
| 17 | Sedco Industries .22 caliber semi-automatic handgun |
| 18 | Lorcin .25 caliber semi-automatic handgun |
| 19 | Winchester 30/30 caliber rifle |
| 20 | H&R .410 bore shotgun |
| 21 | Marlin 30/30 caliber rifle |
| 22 | Davis .32 caliber handgun |
| 23 | Diamond Arms 12 gauge shotgun |
| 24 | Mossberg 12 gauge shotgun |
| 25 | Traditions 20 gauge shotgun |
| 26 | Taurus 9mm semi-automatic handgun |
| 27 | Lorcin .380 caliber semi-automatic handgun |
| 28 | FMJ .22 caliber handgun |
| 29 | Davis .38 caliber handgun |

| 30 | FMJ .22 caliber handgun |
|----|-------------------------|
| 31 | FMJ .22 caliber revolver |
| 32 | FMJ .22 caliber revolver |

## Conclusion

The government's analysis, investigation, trial preparation, and collection of information related to this case continue.   As a result, additional exhibits are possible and will be disclosed to the defense as they are collected and prepared.   This list does not include all possible rebuttal exhibits.   Copies of the items named in this list have been provided to defense counsel or are available for examination.

                    Respectfully submitted,

                    JOSH J. MINKLER
                    United States Attorney

By:    s/ *Lindsay E. Karwoski*
         Lindsay Karwoski
         United States Attorney's Office
         10 W. Market St., Suite 2100
         Indianapolis, IN 46204
         Phone:   (317) 226-6333
         Fax:   (317) 226-5953
         E-mail:   lindsay.karwoski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **May 23, 2019,** a copy of the foregoing "Government's Exhibit List" was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:   s/*Lindsay E. Karwoski*
      Lindsay Karwoski
      United States Attorney's Office
      10 W. Market St., Suite 2100
      Indianapolis, IN 46204
      Phone:   (317) 226-6333
      Fax:   (317) 226-5953
      E-mail:   lindsay.karwoski@usdoj.gov