CURRENT LIST OF GUNS
March 3rd Gun Auction

1. ~~Smith and Wesson 12 gauge model 3000~~
2. ~~Remington 22 Cal short or long model 33 single shot~~
3. ~~Stevens 22 Cal model 53c single shot~~
☆ 4. Remington 20 gauge model 870 Wing master  ~~250~~⁰⁰ MINE ☆
5. ~~British Enfield 303 British military~~
6. ~~Marlin 22 magnum model 782~~
7. ~~Remington model 510 Target master 22 Cal single shot~~
8. ~~Ithaca 20 gauge model m-66 single shot~~
9. ~~Remington 12 gauge 870 wing master~~
☆ 10. Ruger 22 Cal model 10-22 with scope   MINE
11. ~~Mossberg 22 Cal magnum model 620 K Chuckster single shot~~
12. ~~British Enfield 303 British Cal MK III~~
13. ~~Western Auto 22 Cal Model 120 (missing tube feed)~~
14. ~~Sheriadan 20 Cal Pellet rifle (no paperwork)~~
15. ~~Crossman 22 Cal Pellet rifle (no paperwork)~~
16. ~~Top break Pellet rifle (no paperwork)~~
☆ 17. Remington Model 740 Woodsmaster Cal 30-06 MINE  extra clips ← TOMORROW?
18. ~~Ruger 22 magnum model 96 lever action~~  TOO $
19. ~~EAA Corp 12 gauge clip fed model ATIS-PM2~~
20. ~~Cheeh 8mm model VZ 24 (unknown Cal)~~
21. ~~Remington model 1100 12 Gauge~~  receiver pitted
22. ~~Marlin Cal 45-70 model 1895 LTD-IV~~  TOO $
23. ~~Stevens 12 gauge model 948 E~~ single shot
24. ~~Marlin 22 Cal Lever action model Golden 39A~~ pitting overall
25. ~~Remington 12 gauge 1100 (heavy rust, broke butt plate)~~
26. ~~Norinco 7.62x39 SKS (missing gas tube/hand guard, Heavy rust)~~
27. ~~Mossberg 22 Cal model 352K pitted (missing mag)~~
28. ~~Iver Johnson 22 Cal Carbine pitted barrel (missing mag)~~
29. ~~Hi Point 9mm Carbine model 995 pitted barrel and receiver (receiver bolt missing)~~
30. ~~B-West 7.62x39 Cal AK-47 (box of 3 mags, bayonet, sling) (Entire gun heavy rust)~~
31. ~~Winchester 22 Short Cal Model 1890 (Heavy rust)~~
32. ~~Norinco 7.62x39 Cal SKS (All matching serial # except for the magazine) (Heavy rust)~~
33. ~~NACO 7.62x39 Cal SKS (heavy rust entire gun)~~
34. ~~Diamond Arms Co. 12 gauge single shot pitted barrel~~
35. ~~Ckeskolovenka VZ 24 Mauser 8mm pitted barrel~~
36. ~~New England HAndi SB2 308 Cal pitted barrel~~
37. ~~Federal Labortories 1.5 Cal Gas Riot Gun (Heavy rust)~~
38. ~~Remington 12 gauge model 11-87 (slight rust on barrel)~~
39. ~~Marlin 22 Cal model 90 pitted barrel~~
40. ~~Ruger 22 Cal 10-22 pitted barrel~~
41. ~~Remington 30-06 model 7400 (entire gun pitted)~~
42. ~~Mossberg model 152 22 Cal (heavy rust, broken bolt for receiver)~~
43. ~~Crossman model 1400 Pellet rifle (heavy rust, no paperwork)~~
44. ~~Ruger 22 Cal 10-22 (pitted barrel/receiver grenade)~~
45. ~~SKS 7.62x39 All matching serial # (heavy rust)~~
46. ~~Savage 22/20 gauge model 24C (stuck closed) (heavy rust)~~
47. ~~Mosin Nagant model 9130 7.62x54 Hex receiver (heavy rust)~~
ok 48. ~~Dan Wesson 44 mag model 744VH 2-6 inch Barrel 2-8 inch Barrel (carrying case)~~ TOO $
49. ~~PJK/KBI model PJK 9HP 9mm~~
? 50. ~~Lorcin model L-25 25 Cal (rust on clip)~~ Lof  TOO $
51. ~~Sundance 22 Cal 2-shot point blank~~
52. ~~ARMIF.LLI 22 Cal Revolver model TA 76 (Heavy rust)~~

? ~~53. North American Arms 22 Magnum model NAA-22MSC~~
☆ # ~~54. Sedco 22 Cal Auto Model SP-22~~ Mine
~~55. Lorcin 25 Cal model L-25 (Rust on slide/barrel)~~ Mine
~~56. Davis 32 Auto 2 shot model O-32 pitted sight~~ Mine
~~57. Made in Hungary 9mm (slight rust on entire gun)~~
~~58. Charter Arms 44 Special Bulldog Pug (slight rust on cylinder/frame)~~
o ~~59. Smith and Wesson 357 Magnum model 686 (slight rust)~~ TOO #
☆ - 60. FMJ 22 Cal Revolver + of # 5 of 5  Mine
☆ ~~61. Taurus 9mm model PT 99AF (slightly rusted)~~
☆ o ~~62. FMJ model O/V 22 Cal over 45 Long Colt (slight rust)~~ Mine
o ~~63. FMJ model D 45 Cal (slight rust)~~
~~64. Star Inter Arms model Megastar 45 45 ACP (rusted pitting frame)~~
$ ? ~~65. FMJ Model D 45 Cal (rust over entire frame)~~
~~66. EJERCITO Aregentino 45 Cal (Heavy rust, hammer stuck back)~~
~~67. Colt model D.A. 38 "Parts Gun" (heavy pitting rust)~~
~~68. Taurus 357 Cal Magnum model 66~~
~~69. Colt model D.A. 32 "Parts Gun" (broken hammer, cylinder won't turn, Rust on gun)~~
~~70. Smith and Wesson Top Break (trigger stuck parts)~~
~~71. Sig Sauer 9mm P239 model (never fired)~~
~~72. Inter Arms 9mm Firestar Plus model (never fired)~~
☆ ~~73. Lorcin model L-380 Cal (light pitting on chrome, 1 bubble)~~ Mine
~~74. Sundance model Point Blank 22 Cal double barrel (surface rust in barrel)~~
~~75. Leinad model D.D. 45 Cal / Double barrel)~~ TOO #
~~76. Sundance 22 Cal Point Blank 22 double barrel (surface rust in barrel)~~
☆ ? ~~77. Davis Industries model D38 38-special~~
~~78. Lorcin 25 Cal L25 model~~ 2 of 2 TOO #
☆ - 79. FMJ 22 Cal model R Revolver 1 of #
~~80. FMJ 22/410 model O/U (some surface rust)~~ 1 of
~~81. FMJ 22/410 model O/U (some surface rust)~~ 2 of
☆ ~~82. FMJ 22/410 model O/U (some surface rust)~~ 3 of
~~83. FMJ 22 Cal model R Revolver~~ PARTS
~~84. FMJ 22/410/45 model O/U (some rust)~~ 4 of
~~85. FMJ 22 Cal model R Revolver~~ 3 of 4
~~86. FMJ 22 Cal model R Revolver (Surface rust)~~ 4 of 4
~~87. Benjamin Sheridan 22 Cal Pellet gun (rusty sight, no paperwork)~~
~~88. Benjamin Sheridan model 397 P Pellet gun (rusty no paperwork)~~
~~89. No Name Air rifle (no paperwork, rusty, pitted)~~
☆ ? 90. Winchester Large loop 94 AE 30-30 Cal (pitted barrel) Mine
~~91. IMC2 1984 22 Cal Bolt action (slight rust on sight)~~
~~92. Stevens 22 long rifle falling block (heavy rust but functional)~~
~~93. Norinco 7.62x39 SKS (rust over entire gun/ no magazine)~~
~~94. Norinco 5.56x45 Cal MAC 90 model (rust on entire gun/ no magazine)~~
~~95. New England 223 Cal Handi Rifle (heavy rust pitting)~~
~~96. Norinco 7.62x39 SKS (rust over entire gun/ no magazine)~~
~~97. M-16 (no paperwork) Dummy Gun Barrel Plugged (corroded heavy)~~
~~98. Marlin model 1892 22 Cal (heavy rust very poor condition)~~
~~99. Intrateck 9mm model tech DC-9 (pitted rusty)~~
~~100. Derringer 22 magnum DM-101 model~~
~~101. Taurus 22LR model 63 Tube fed stainless~~
☆ 102. Traditions 20 gauge over/under Field hunter Mine
~~103. EEA Corp Raikal model IZH-94 over/under 12 gauge/7.62x39~~
~~104. Rossi combo 2 barrels 12 gauge/22 magnum with box and bag~~
~~105. Colt mustang plus II 380 Cal with box~~
~~106. LLAMA 9mm 2 magazines~~

107. American Bulldog 32 Cal (trigger broke parts gun)
108. Browning Arms 22 Cal Buck Mark (rust/pitting barrel)
109. Thompson Center Contender 22Cal barrel
   A: Thompson Center Contender 222 Rem barrel only
   B: Thompson Center Contender 45LC/410 Barrel only
   C: Thompson Center Contender 223 Rem Super 14 barrel only
   D: Thompson Center Contender 44 mag with scope sight
☆ 110. Marlin 30-30 Lever action model 30 AW
111. Sears and Roebuck 16 gauge bolt action Ranger 105-20
112. Daisey BB Gun (no paperwork)
113. Remington model 550H 225, LR, L
? 114. Remington model 870 Wing master 16 gauge
115. Rossi Braztech 22 Cal Pump model 52A
☆ 116. Mossberg 500 A 12 gauge Two barrels (scope green olive)
117. Ruger 22 Cal model 10-22 with folding stockwood stock (no mag)
118. Ruger mini 14 223 Cal (no mag) (slight rust)
119. Winchester 22 mag pump model 275
☆ 120. Winchester model 120-1200 2 barrels 12 gauge
121. Marlin model 101 22 Cal single shot (rust on receiver)
122. Traditions 50 Cal muzzleloader thumbhole (no paperwork)
123. Marksman .177 Pellet rifle (no paperwork)
124. True Fire Pellet rifle (no paperwork)
125. Iver Johnson double bead single shot 12 gauge (No front site, no paperwork)
126. Navy Arms corps 50 Cal Muzzleloader
127. Iver Jonson Champion Single shot 12 gauge
128. Essex 12 gauge single shot (butt plate broke, cracked stock)
129. Stevens Little Scout 22 Cal (pitted rust)
130. Bridge Gun Company 16 gauge Black Prince (no butt plate)
131. Mossberg 190 DA 16 gauge (no magazine, Parts gun, no bolt)
132. Marlin model 80E 22 Cal Bolt action (no blueing)
133. Remington model 597 22 Cal (no magazine)
134. Sears and Roebuck BB gun (push barrel)
135. Iver Johnson Champion 12 gauge single shot
136. Henry 22 Cal Lever action (slight rust on lever/barrel)
137. Stevens model 58 410 gauge (no magazine, no bolt, rusted, no paperwork)
138. Crossman BB gun (no paperwork) model Powermatic 500
139. Mossberg model 152 22 Cal semi auto (been drilled and tapped)
140. Winchester model 77 22 Cal (heavy rust and pitting)
141. Hopkins and Allens 12 gauge single shot (busted stock)
142. Norwich, Con Arms Double barrel 12 gauge (busted stock)
143. Ranger model M36 22 Cal single shot
☆ 144. Hand R Topper model 158 410 gauge single shot (pitted, hammer broke)  Be fixed?
145. Brazil Model SB 410 single shot camo taped (rust)
146. Stevens model 87 A Tube fed 22 Cal Semi-automatic
147. Stevens Maynard JR 22 Cal (no forearm, busted stock, trigger assembly broken)
148. Mossberg 26C model 22 cal (no paperwork, no trigger guard, no bolt, parts)
149. Springfield 187S model 22 Cal (rust and pitted)
150. Cooey (made by Winchester) Model 600 22 Cal
151. Noble model 20 22 Cal Singleshot
152. Norinco 22 Cal Model 22 Take down (blueing wore)
153. Marlin model 60 22 Cal Semi-Automatic (white point overspray)
154. Springfield model 120 single shot 22 Cal
155. Winchester model 190 22 Cal 12 gauge Semi-Automatic (blueing off receiver, barrel swelled)
156. Stevens model 820 B "Tom" engraved (drilled and tapped, rusty)

157. ~~Stevens Model 620 12 gauge (surface rust)~~
158. ~~Savage model 120A 22 Cal (no rear sights, single shot)~~
159. ~~Hunter Arms 20 gauge double barrel (pitted)~~
160. ~~Davis model DLB 38 Special (pitted, corroded)~~
161. ~~Kondial model 1960 22 Cal (pitted, starter pistol, no paperwork)~~
162. ~~CJA model SKS 7.62x39 (heavy rust, pitting entire gun)~~
163. ~~Chinese model SKS 7.62x39 (heavy rust, pitting entire gun)~~
164. ~~British MIII 1918 Enfield 303 Cal (heavy rust, pitting entire gun)~~
165. ~~Parker Brothers 12 gauge double barrel (heavy rust, pitting entire gun)~~
166. ~~Chinese model SKS 7.62x39 (heavy rust, pitting entire gun)~~
167. ~~French model MLE 1892 7.5 Cal French (heavy rust, pitting entire gun)~~
168. ~~Chinese M44 7.62x54 with bayonet (rust and pitted, stock beat up)~~
169. ~~Remington Target master model 41 22 Cal (cracked stock, rust, pitted)~~
170. ~~Chinese M44 7.62x54 with bayonet (heavy rust, pitted entire gun, stock beat up)~~
171. ~~French model MLE 1892 7.5 Cal (heavy rust, pitting entire gun, stock cracked)~~
172. ~~Fabrie of Ahkia unknown caliber (heavy rust, bolt rusted shut)~~
173. ~~Chinese SKS 7.62x39 (no trigger group, heavy rust, pitted entire gun)~~
174. ~~British Enfield 303 Cal (heavy rust, pitting entire gun)~~
175. ~~Century Arms Cetme Sporter 308 Cal with 2 mags (slight rust on receiver)~~
176. ~~No name 22 cal (rifle cut down to pistol)~~
177. ~~Mondial "starter pistol" no paper work~~
178. ~~Talon 22 cal single shot side break model 10~~
179. ~~Lorcin 380 cal no magazine (holster wear)~~
180. ~~Talon 22 cal single shot side break model 10~~
☆ 181. ~~Beretta 25 cal model 950 BS~~   no pics  Mine
182. ~~Heritage Rough Rider 22 cal with 22 mag cylinder (tarnished and pitted, hammer and cylinder issues needs work)~~
183. Springfield XDS 45 ACP with box ~~(fired very little)~~
184. ~~Uber TI Stallion pocket Birdhead 38 special (fired very little)~~ (this guns serial number is consecutive with gun 185)
185. ~~Uber TI stallion pocket Birdhead 38 special (fired very little) (this guns serial number is consecutive~~ with gun 184)
186. ~~Rossi model 62A 22 cal stainless pump~~
187. ~~Remington 28 gauge over and under premier series (gun is nice with carry case, gun is engraved, and fired very little)~~
188. ~~Rossi 38 special m68 (broken hammer)~~
189. ~~LJ double action model 1900 (32 cal)~~
190. ~~Remington model 597 22 cal (clip fed)~~
191. ~~Winchester model 84 30-30 cal (some pitting on barrel)~~
192. ~~Remington Viper 22 cal Semi-auto with scope~~
193. ~~Marlin model 70 HC clip fed 22 cal (blue is worn off, trigger guard damage)~~
194. ~~Universal Auto-wing 12 gauge semi auto (cracked stock)~~
195. ~~Stevens model 820 B 12 gauge (cracked stock, busted butt plate)~~
196. ~~IMC 1985 22 cal bolt action clip fed~~
197. ~~Springfield model 67F 12 gauge pump~~
198. ~~Norinco Eagle 96 12 gauge pump~~
199. ~~La Salle Firearms 12 gauge pump~~
200. ~~Marlin model 92 22 cal lever action (gun is pitted badly, gun has been redone over the pitting)~~
201. Maverick Arms 12 gauge pump
202. Stevens 12 gauge model 77 B with Polly Choke
203. Springfield model 67 12 gauge 3 inch chamber
204. Maverick model 88 12 gauge pump
205. ~~Revelation Western Auto 12 gauge pump~~
206. ~~Springfield model 187 22 cal pitted, paint overspray~~

207. Bro Lin arms model BP370 12 gauge Rifle Sights
208. Mossberg 500 AG 12 gauge pitting on barrel crack stock
209. Stevens model 67 12 gauge pump
210. H&R 22 cal busted stock, no trigger, rusty, no mag (gun is rough)
211. IZH Mash by Russian saiga-12 12 gauge with tapco stock, 20-round drum, 10-round mag, lazer sight, flash light, tasco solar scope, built on AK47 frame
212. Stevens model 15B 22 cal single shot (no rear sight)
213. Mossberg model 395 bolt action 12 gauge (polly choke)
214. Maverick model 88 12 gauge pump
215. Revelation 22 cal model 10
216. Stevens model 258A 20 gauge (no mag)
217. Brazil 20 gauge single shot
218. Stevens model 94 12 gauge no trigger guard and cracked stock
219. H&R topper model 58 12 gauge (surface rust only)
220. Mossberg 500AG 12 gauge slug barrel
221. Westerfield 20 gauge bolt action no clip (wood cracked)
222. Wards Westerfield 12 gauge pump
223. Mossberg 500 A 12 gauge (vent rib barrel)
224. H&R model 88 12 gauge single shot
225. Ranger model 103-2 22 cal bolt action clip fed
226. Mossberg 500C 20 gauge pump rifle sights
227. Winchester 12 gauge model 37 steebilt extended barrel added
228. Winchester model 370 12 gauge single shot so blue on barrel
229. Revelation bolt action 12 gauge clipfed
230. H&R 12 gauge single shot (hole in stock)
231. Stevens model 94 16 gauge single shot
232. Mossberg 500AG 12 gauge pump vent rifle (action broke, as is)
233. Sears model 200 12 gauge pump
234. Stevens model 67 12 gauge pump
235. Winchester model 37A 12 gauge blue wore off ?
236. Marlin 12 gauge pump no bluing holes drilled in barrel
237. H&R Handi rifle 357 mag with scope
238. Beretta model 950BS 22 short cal
239. Wards Westerfield 20 gauge repeater bolt action clip fed
? 240. CVA 50 cal muzzleloader no paperwork   no pk
241. JC Higgins model 1011 16 gauge single shot
? 242. CVA Buckhorn mag 50 cal muzzleloader no paperwork  no pk
243. KK 12 gauge single shot
244. Stevens model 58D clip fed bolt action 16 gauge
245. H&R Premier 32 cal top break
246. Norinco SKS 7.62x39 w extra mag and book
? 247. Ranger 20 gauge double barrel
248. Winchester model 9422 lever action 22 with scope
249. RLL Pietta 36 cal black powder no paperwork

LOT 638   30-04
153
429 - 357
250

475/474
250/357