UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.   )<br>  )<br>WAYNE JOHN KOMSI, III,  )<br>  )<br>   Defendant.  ) | Cause No. 4:18-cr-00013-TWP-VTW |

## MOTION FOR LEAVE TO FILE LATE PROPOSED JURY INSTRUCTIONS AND AMENDED VERDICT FORMS

Now comes the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Lindsay Karwoski, Assistant United States Attorney, and respectfully moves the Court for leave to file a late Proposed Jury Instructions and amended Verdict Forms, for the following reasons:

1. On July 3, 2018, the defendant was charged by Indictment with four counts of False Statement during Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6).

2. Pursuant to an Order of this Court, proposed jury instructions were to be filed one week prior to the final pretrial, which was scheduled June 7, 2019.  The Government filed its proposed jury instructions at that time.

3. On November 13, 2019, the defendant was charged in a Superseding Indictment with four counts of False Statement During Purchase of a Firearm, lesser included offenses, in

1

violation of 18 U.S.C. § 924(a)(1)(A).

4. The Government, as an oversight, did not submit amended jury instructions laying out the elements of the lesser included offenses or amended verdict forms. The Government is seeking leave to file the proposed instructions and amended verdict forms, as the instructions set out the elements of the offense under which the parties will be proceeding to trial, and the amended verdict forms correctly cite the statute under which the defendant is currently indicted. The proposed instructions would replace Instructions 13 and 14 in the Final Jury Instructions (*See* Dkt. 49). The amended verdict forms would replace the ones offered by the parties (*Id.*)

5. The government discussed with defense counsel the intention to file two additional jury instructions and amended verdict forms, with leave of the court, and the defendant has no objection.

For the foregoing reasons, the United States respectfully move the Court for an Order allowing the United States to file its proposed jury instructions and amended verdict forms January 14, 2020.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   /s/ *Lindsay Karwoski*
Lindsay Karwoski
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2020, copies of the foregoing document and attached proposed order were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   <u>/s/ *Lindsay Karwoski*</u>
        Lindsay Karwoski
        Assistant United States Attorney