UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

FILED
JAN 31 2020
US DISTRICT COURT
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>PLAINTIFF )<br>)<br>V. )<br>)<br>)<br>)<br>WAYNE JOHN KOMSI, III )<br>DEFENDANT ) | CAUSE NO. 4:18-CR-13-TWP-VTM<br><br>**Electronically Filed**<br>**(EXHIBIT PHYSICALLY FILED)** |

\*\*\*   \*\*\*   \*\*\*

## NOTICE OF FILING OF EXHIBIT

Comes the Defendant, WAYNE JOHN KOMSI, III, by his appointed counsel, and pursuant to Local Rule 5-2(b)(2), gives notice of the physical filing of one (1) DVD-R disc containing the video recording of the interview between ATF Special Agent Brian Taylor and the Defendant which took place on June 14, 2018, length 26 minutes 26 seconds (0:26:26).

This exhibit was tendered as Defendant's Exhibit 105 at trial, and is tendered herein as an offer of proof pursuant to Fed. R. Evid. 103 (a)(2) and this Court's directions from the bench after trial on January 24, 2020. *See also* Exhibit List, DN 118.

Said recording has been duplicated in Windows Media (.wmv) video file format and does not have or require password protection.

Respectfully submitted,

/s/ Larry D. Simon
LARRY D. SIMON
Attorney for Defendant, Wayne John Komsi, III
Kentucky Home Life Building
239 South 5th Street – Suite 1700
Louisville, KY 40202
(502)589-4566

## CERTIFICATE

It is certified that on January 31, 2020, a copy of the foregoing pleading was served electronically on all counsel of record by virtue of the court's ECF system.

/s/ Larry D. Simon
LARRY D. SIMON