**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cr-00013-TWP-VTW ) |
| WAYNE JOHN KOMSI, III, | ) -01 ) |
| Defendant. | ) |

## ORDER

On October 6, 2020 a Notice of Issuance of Mandate was filed by the United States Court of Appeals for the Seventh Circuit. (Filing No. 157). On September 14, 2020, the parties jointly moved the appeals court to vacate Defendant Wayne John Komsi, III's conviction, judgment and remand for dismissal of the indictment, because Mr. Komsi has died during the pendency of his direct criminal appeal.  The Seventh Circuit has **ORDERED** that the district court's judgment of conviction is **VACATED**, and this appeal is **REMANDED** to the district court for dismissal of the indictment. See *United States v. Zizzo*, 120 F.3d 1338, 1346 (7th Cir. 1997); *United States v. Moehlenkamp*, 557 F.2d 126, 128 (7th Cir. 1977).

Accordingly, the indictment in this matter is **dismissed** and the judgment of conviction entered August 19, 2020 is **VACATED**.

IT IS SO ORDERED.

Date:   10/6/2020

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov

Lindsay E. Karwoski
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lindsay.karwoski@usdoj.gov

Thomas W. Patton
FEDERAL PUBLIC DEFENDER'S OFFICE
thomas_patton@fd.org

Larry D. Simon
SIMON LAW OFFICE
larrysimonlawoffice@gmail.com