UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WAYNE JOHN KOMSI, III, | ) | CAUSE NO. 4:18-cr-00013-TWP-VTW |
| Defendant, | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Dismiss Superseding Indictment. Upon consideration of the same, the Court **denies the Motion as moot**, because the Court has already dismissed Superseding Indictment, at docket 75. *See* Dkt. 159.

So ORDERED.

Date: 10/7/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.